**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **CASEY EVERETT ROWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Case No. 4:25-cv-01238 PLC** |
| | ) |
| **FRANK J. BISIGNANO,** | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Frank Bisignano's motion to reverse the decision of the Administrative Law Judge (ALJ) and remand the case to Defendant for further administrative proceedings pursuant to sentence four of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).  [ECF No. 14]  Plaintiff has not filed a response to the motion and the time to do so has passed.

On September 18, 2025, Plaintiff filed a complaint seeking review of Defendant's final decision denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act.  [ECF No. 1] Defendant filed a transcript of the administrative proceedings, and Plaintiff filed a brief in support of the complaint, as well as a statement of material facts.  [ECF Nos. 10, 11, 11-1]

In the instant motion, Defendant requests the Court reverse and remand the case for further action under sentence four of section 405(g) of the Social Security Act, which authorizes the Court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g). *See also Buckner v. Apfel*, 213

F.3d 1006, 1010 (8th Cir. 2000). Defendant represents that, upon review, agency counsel determined that remand is necessary "for further evaluation of Plaintiff's claim." [ECF No. 14]

Based on the record, the Court grants Defendant's unopposed motion to reverse the ALJ's decision and remand this matter to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's unopposed motion to reverse and remand [ECF No. 14] is **GRANTED**.

A separate judgment in accordance with this Memorandum and Order is entered this date.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of March, 2026

2